UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> ) | 1:10- mc - 49 <br><br> Filed Under Seal |

**SEALED DOCUMENT**

## ORDER

This matter having come before the Court pursuant to an Application under Title 18, United States Code, Section 2703, which Application requests the issuance of an Order under Title 18, United States Code, Section 2703(d) directing Sprint/Nextel, AT&T Wireless (Cingular), and Verizon Wireless, electronic communications service providers located in Overland Park, KS, West Palm Beach, FL, and Bedminster, NJ, to disclose certain records and other information, specifically, as to each of the following five (5) cellular telephone numbers: Sprint/Nextel (954) 214-2100, (978) 815-5111, and (781) 389-9131; AT&T Wireless (Cingular) (617) 816-9433; and, Verizon Wireless (508) 864-5611, for the time period January 1, 2009 to the present: 1) subscriber information including the account name, address, telephone number, e-mail address, billing information, and other identifying information for the subscriber; 2) call detail records (CDRs) including dates, start times, end times and durations of all incoming and outgoing calls; 3) cell site/cell tower location information for all incoming and outgoing calls; and, 4) all text message detail, <u>but not content</u>, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice of this Order to any person of this investigation or this Application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED, pursuant to Title 18, United States Code, Section 2703(d), that Sprint/Nextel, AT&T Wireless (Cingular), and Verizon Wireless shall, within seven (7) days of the date of this Order, turn over to the United States the records and other information as set forth above.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with six (6) certified copies of this Application and Order.

IT IS FURTHER ORDERED that the Application and this Order are sealed for 90 days or until otherwise ordered by the Court, and that Sprint/Nextel, AT&T Wireless (Cingular), and Verizon Wireless shall not disclose the existence of the Application or this Order of the Court, or the existence of the investigation, to their subscribers or to any other person, unless and until authorized to do so by the Court.

May 28, 2010

                                                  James R. Muirhead
                                                  United States Magistrate Judge